USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLGATE-PALMOLIVE COMPANY,

                Plaintiff,

   - against -

CHATTEM, INC.,

                Defendant.

**ORDER**

09 Civ. 6783 (LTS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that a settlement conference is set for **February 2, 2010**, at **2:30 p.m.** in Courtroom 18D, 500 Pearl Street.

    No request for adjournment will be considered unless made **three business days** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 22nd day of December 2009**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge